# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131531

LIBERTY HILL HOUSING
CORPORATION,
          Petitioner-Appellant,

v

CITY OF LIVONIA,
          Respondent-Appellee.

SC: 131531
COA: 258752
Mich Tax Tribunal: 00-298536

_____/

     On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether *Pheasant Ring v Waterford Township*, 272 Mich App 436 (2006), was correctly decided. They may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 9, 2007

_____
Clerk

l0206